RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Jose Skywolf Martinez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE SKYWOLF MARTINEZ,<br><br>  Defendant. | Case No. 2:25-cr-00141-APG-BNW<br><br>**Stipulation to Set Pretrial Motion Deadlines** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Jose Skywolf Martinez, that the pretrial motion deadlines be set to a date and time convenient to the Court, but no sooner than November 10, 2025.

This Stipulation is entered into for the following reasons:

1. Upon review of the docket, motion deadlines have never been set.

2. Trial in this matter is set for February 9, 2026, with calendar call on February 3, 2026.

3. A pretrial motions deadline of November 10, 2025, will ensure all pretrial matters are fully briefed by December 1, 2025, thereby permitting trial to commence as scheduled.

DATED: September 8, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ *Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ *Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00141-APG-BNW |
| Plaintiff, | ORDER |
| v. | |
| JOSE SKYWOLF MARTINEZ, | |
| Defendant. | |

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including November 10, 2025 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties herein shall have to and including November 24, 2025 to file any and all responses.

IT IS FURTHER ORDERED that the parties herein shall have to and including December 1, 2025 to file any and all replies.

DATED this 9th day of September, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE