RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org
Keisha_Matthews@fd.org

Attorney for Jose Skywolf Martinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00141-APG-BNW |
| Plaintiff, | **Stipulation to Continue Pretrial Motion Deadlines** |
| v. | |
| JOSE SKYWOLF MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Jose Skywolf Martinez, that the pretrial motion deadlines set for November 10, 2025 be vacated and reset to December 1, 2025.

This Stipulation is entered into for the following reasons:

1.  On October 27, 2025, the Court granted the defendant's motion for a Bill of Particulars. ECF No. 28.

2. The government's filing deadline for the Bill of Particulars is November 17, 2025. *Id.*

3. The parties agree it is in the interests of judicial economy to continue the pretrial motions deadline until after the Bill of Particulars is filed .

4. Trial in this matter is set for February 9, 2026, with calendar call on February 3, 2026.

5. A pretrial motions deadline of December 1, 2025, will ensure all pretrial matters are fully briefed by December 22, 2025, thereby permitting trial to commence as scheduled.

DATED: October 29, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By */s/ Keisha K. Matthews*<br>Keisha K. Matthews<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE SKYWOLF MARTINEZ,<br><br>          Defendant. | Case No. 2:25-cr-00141-APG-BNW<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including December 1, 2025, to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties herein shall have to and including December 15, 2025, to file any and all responses.

IT IS FURTHER ORDERED that the parties herein shall have to and including December 22, 2025, to file any and all replies.

DATED this 30th day of October, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE